IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41016
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GONZALO BAEZA-SANCHEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-504-ALL
--------------------
June 19, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

        Gonzalo Baeza-Sanchez appeals from his guilty-plea

conviction for illegally reentering the United States after

having been deported subsequent to an aggravated felony

conviction, in violation of 8 U.S.C. § 1326.  He argues that his

indictment violates the Fifth and Sixth Amendments because it

does not allege general intent.

---

        * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

As Baeza-Sanchez concedes, however, his argument is foreclosed by Fifth Circuit precedent.  See United States v. Guzman-Ocampo, 236 F.3d 233, 237-39 (5th Cir. 2000), cert. denied, 533 U.S. 953 (2001); see also United States v. Berrios-Centeno, 250 F.3d 294, 297-300 (5th Cir.), cert. denied, 122 S. Ct. 288 (2001).  He raises the argument only to preserve it for Supreme Court review.

The district court's judgment is AFFIRMED.